# Exhibit 1

**District 1**

# Case Summary

**Case No. 2026L008092**

| | | |
|---|---|---|
| **Jessica Little -vs- CORELLE BRANDS ACQUISITION HOLDINGS, INC. a/k/a INSTANT BRANDS ACQUISITION HOLDINGS, INC., a/k/a WK ACQUISITION HOLDINGS INC.,CORELLE BRANDS LLC f/k/a INSTANT BRANDS, LLC, INSTANT BRANDS, INC., DOUBLE INSIGHT INC.,MIDEA AMERICA CORPORATION,FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.,GUANGDONG MIDEA CONSUMER ELECTRIC MANUFACTURING COMPANY, LTD.,ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.,MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.,MIDEA GROUP CO. LTD.** | § Location: | **District 1** |
| | § Judicial Officer: | **Calendar, R** |
| | § Filed on: | **07/09/2026** |
| | § Cook County Attorney Number: | **56079** |

## Case Information

Case Type: Product Liabilty - Jury

Case Status: **07/09/2026 Pending**

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2026L008092 |
| Court | District 1 |
| Date Assigned | 07/09/2026 |
| Judicial Officer | Calendar, R |

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Little, Jessica** | **Cesarone, Frank Vincent** ***Retained*** 26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |
| **Defendant** | **CORELLE BRANDS ACQUISITION HOLDINGS, INC. a/k/a INSTANT BRANDS ACQUISITION HOLDINGS, INC., a/k/a WK ACQUISITION HOLDINGS INC.** | |
| | **CORELLE BRANDS LLC f/k/a INSTANT BRANDS, LLC, INSTANT BRANDS, INC., DOUBLE INSIGHT INC.** | |
| | **FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.** | |
| | **GUANGDONG MIDEA CONSUMER ELECTRIC MANUFACTURING COMPANY, LTD.** | |
| | **MIDEA AMERICA CORPORATION** | |
| | **MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** | |
| | **MIDEA GROUP CO. LTD.** | |

**District 1**

## Case Summary

**Case No. 2026L008092**
**ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.**

### Events and Orders of the Court

09/09/2026
**First Time Case Management** (10:00 AM) (Judicial Officer: Otto, Michael F)
Resource: Location L2208 Court Room 2208
Resource: Location D1 Richard J Daley Center

09/02/2026 *CANCELED* **First Time Case Management** (10:00 AM) (Judicial Officer: Otto, Michael F)
Resource: Location L2208 Court Room 2208
Resource: Location D1 Richard J Daley Center
*Order of Court*

08/06/2026
Electronic Notice Sent
Party: Plaintiff Little, Jessica
Party 2: Attorney Cesarone, Frank Vincent

08/06/2026
Electronic Notice Sent
Party: Plaintiff Little, Jessica
Party 2: Attorney Cesarone, Frank Vincent

07/27/2026
Strike From Case Management Call - Allowed (Judicial Officer: Otto, Michael F)
Party: Plaintiff Little, Jessica

07/27/2026
Case Continued For Case Management Conference - Allowed - (Judicial Officer: Otto, Michael F)
*10 am*
Party: Plaintiff Little, Jessica
*10 am*

07/09/2026 New Case Filing

07/09/2026
Personal Injury (Product Liability) Complaint Filed (Jury Demand)
*Plaintiff's Complaint at Law & Jury Demand*

07/09/2026
Exhibits Filed
*Civil Action Cover Sheet*

07/09/2026
Summons Issued And Returnable
*Summons to Corelle Brands Acquisition Holdings*

07/09/2026
Summons Issued And Returnable
*Summons to Midea America Corporation*